UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHALON LINDSLEY,

                    Plaintiff,                    No. 09-CV-11775-DT

vs.                                    Hon. Gerald E. Rosen

CORRECTIONAL MEDICAL SERVICES,
INC., et al.,

                    Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in the
U.S. Courthouse, Detroit, Michigan
on        November 22, 2010

PRESENT: Honorable Gerald E. Rosen
                United States District Judge

This matter having come before the Court on the October 6, 2010 Report and

Recommendation of United States Magistrate Judge Charles E. Binder recommending that

the Court dismiss Plaintiff's Complaint, with prejudice, for want of prosecution; and no

timely objections to the Magistrate Judge's Report and Recommendation having been filed;

and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the

Court's file of this action and having concluded that, for the reasons stated in the Report and

Recommendation, Plaintiff's Complaint this case should be dismissed in its entirety, with

prejudice, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of October 6, 2010 **[Dkt. # 45]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is hereby DISMISSED, in its entirety, with prejudice.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  November 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 22, 2010, by electronic mail and upon Chalon Lindsley, 504 E. Columbia, Apt. 13, Battle Creek, MI 49014-5445 by ordinary mail.


s/Ruth A. Gunther
Case Manager